IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENSYLVANIA

MALIBU MEDIA, LLC.,

Plaintiff,

vs.

JOHN DOE subscriber assigned
IP address 69.249.253.94
"johndoe69249@hushmail.com",

Defendant.

_____________________________/

CASE No. 2:14-cv-01280

RE: RESPONSE in Opposition re 6 MOTION to Dismiss MOTION to Sever MOTION to Quash filed by MALIBU MEDIA, LLC

FILED
APR 25 2014
MICHAEL E. KUNZ, Clerk
By________ Dep. Clerk

**RESPONSE TO RESPONSE IN OPPOSITION TO DISMISS MOTION TO SERVER/QUASH**

I, John Doe, stand by my original claims about never having downloaded any of the plaintiff's files in part or in while and respectfully move the court to continue to consider my for dismissal or severance of my case in the above captioned matter and motion to quash the subpoena served on my Internet Service Provider (ISP), Comcast Corporation based on the information and evidence I submitted earlier.

I have received notice that Malibu Media LLC wants to dismiss my motion to quash, but do not have a hard copy of the terms and explanations Malibu Media LLC wishes to use against my original arguments against them. I am providing the court with a contact email address to notify me of any future developments and apologize for not getting it setup sooner. From here until the duration of the case I can be reached at johndoe69249@hushmail.com and request that I be given a chance to review documents presented against my defense.

I respectfully would like to request information from Malibu Media LLC's legal representative, Christopher P Fiore; I request that he provide me with a copy of his response and

that the court give me a fair amount of time to formulate my response while remaining anonymous in order to protect myself any attempts by Malibu Media LLC to bully me into a pre-trial settlement.

Dated: 04/18/2014

Respectfully submitted,

s/John Doe
John Doe
*Pro se*
*johndoe69249@hushmail.com*

**CERTIFICATE OF SERVICE**

I, John Doe, hereby certify that on 04/18/2014, I forwarded a true and correct copy of the Response to Malibu Media's Motion to Dismiss my Motion to Dismiss and/or Sever Complaint against John Doe and Quash Subpoena Against Same to Christopher P Fiore, Esquire, Fiore and Barber, LLC, 418 Main Street, Harleysville, PA 19438 via US Mail, on:

John Doe

*s/John Doe*
~~John Doe~~
*Pro se*
johndoe69249@hushmail.com

FILED
APR 25 2014
MICHAEL E. KUNZ, Clerk
By________ Dep. Clerk