IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN DOE subscriber assigned | : | |
| IP address 69.249.253.94 | : | NO. 14-1280 |

ORDER

AND NOW, this 2nd day of February, 2015, upon consideration of the cross-motions for summary judgment filed by Malibu Media, LLC (docket entry # 36) and John Doe's undocketed response in opposition thereto, and Doe's undocketed motion for summary judgment and memorandum in support thereof, and plaintiff's response thereto, and Doe's epistolary submission to Chambers, it is hereby ORDERED that:

1. The Clerk of Court shall FILE UNDER SEAL the attached undocketed documents, being Doe's motion for summary judgment and memorandum in support thereof, his submission to Chambers and his response in opposition to plaintiff's motion for summary judgment;

2. Plaintiff's motion for summary judgment is DENIED;

3. Defendant's pro se motion for summary judgment is GRANTED; and

4. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:


 /s/ Stewart Dalzell, J.
Stewart Dalzell, J.