IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN DOE subscriber assigned | : | |
| IP address 69.249.253.94 | : | NO. 14-1280 |

JUDGMENT

AND NOW, this 2nd day of February, 2015, in accordance with the accompanying Memorandum and Order granting defendant's pro se motion for summary judgment, JUDGMENT IS ENTERED in favor of defendant John Doe and against plaintiff Malibu Media, LLC.

BY THE COURT:

/s/ Stewart Dalzell, J.
Stewart Dalzell, J.